1
2
3
4

5               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
6                          AT SEATTLE

7
JOHN ROBERT DEMOS, JR.,                )
8                                      )
              Plaintiff,               )    CASE NO.    C05-826JCC
9                                      )
       v.                              )
10                                     )
UNITED STATES OF AMERICA, *et al.*,    )    ORDER DENYING APPLICATION
11                                     )    TO PROCEED *IN FORMA PAUPERIS*
                                       )    AND DISMISSING CASE
12            Defendants.              )
_____)

13

14        This is the fourth civil rights action filed by Washington State prisoner John Demos in

15   2005. He alleges that prison officials are denying him adequate medical care by refusing to

16   properly treat his glaucoma. On May 2, 2005, the undersigned United States Magistrate Judge

17   granted Mr. Demos' application to proceed *in forma pauperis*. (Dkt. #2). The Court has

18   reviewed Mr. Demos' complaint and the record and hereby finds and ORDERS as follows:

19        (1)    Mr. Demos is well-known locally and nationally as an abusive litigant. He is

20   under pre-filing bar orders in a number of courts, including this Court, the Eastern District of

21   Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United

22   States Supreme Court. *See*, *e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).

23        Under orders of this Court, Mr. Demos may submit only three *in forma pauperis*

24   applications and proposed actions each year. *See In re John Robert Demos*, MS91-269 (W.D.

25   Wash., January 16, 1992). Along with those materials, he must submit a separate statement that

26

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING CASE
PAGE 1

shows good cause why he should be permitted to proceed *in forma pauperis* and an affidavit attesting to the fact that the claims in the proposed action have not been previously presented in any other action in any court. *See In re John Robert Demos*, MS91-269 (W.D. Wash., January 16, 1992) and *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash., December 15, 1982). Furthermore, under 28 U.S.C. § 1915(g), Mr. Demos must demonstrate "imminent danger of serious physical injury" to proceed *in forma pauperis* because he has had numerous prior actions dismissed as frivolous, malicious or for failure to state claim. *See Demos v. Lehman*, MS99-113 (W.D. Wash., August 23, 1999).

Although the Court previously granted plaintiff's *in forma pauperis* application, upon further review of the record, it appears that because this is his fourth application this year, plaintiff has exceeded the number of filings permitted by the Court.[1] In addition, the instant application does not meet the requirement under 28 U.S.C. § 1915(g) of demonstrating that plaintiff is in imminent danger of serious physical injury. While he alleges that prison officials are ignoring his glaucoma, one of plaintiff's own exhibits indicates that he was seen by an ophthalmologist on September 24, 2004. (Dkt. #4, Ex. A-20). The ophthalmologist concluded that plaintiff had "uncontrolled glaucoma, probably due to poor compliance" with previous instructions to use eye drops to treat his condition. (*Id*.) Thus, plaintiff fails to show that he is in imminent danger of serious physical injury, and his application to proceed *in forma pauperis* could also be denied on that ground.

Accordingly, the previous Order granting plaintiff's application to proceed *in forma pauperis* is hereby VACATED and the application is DENIED. Because plaintiff has not paid the applicable filing fee, this action is DISMISSED.

(2)     The Clerk shall send a copy of this Order to Mr. Demos and to United States

---

[1] The other applications filed by plaintiff are in Case Nos. MS05-25RSM, MS05-58RSM, and MS05-70MAT.

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING CASE
PAGE 2

1   Magistrate Judge Monica J. Benton.

2       DATED this _17th_ day of May, 2005.

3
                                    _____
4                                   JOHN C. COUGHENOUR
                                    United States District Judge
5

6   Recommended for Entry
    this _17th_ day of May, 2005
7

8   _/s/ Monica J. Benton_ _____
    MONICA J. BENTON
9   United States Magistrate Judge

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING CASE
PAGE 3